AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

FILED
OCT 26 2022

| | |
|---|---|
| KATHY GONZALES <br> *Plaintiff* <br> v. <br> SANDLWOOD MANAGEMENT, INC. <br> *Defendant* | ) ) ) ) ) Civil Action No. SA-21-CV-118-OLG |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____%, plus postjudgment interest at the rate of _____%, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:  It is ORDERED that the recommendation of United States Magistrate Judge Richard B. Farrer, filed in this cause on October 7, 2022, is hereby ACCEPTED pursuant to 28 U.S.C. § 636(b)(1). It is further ORDERED that all claims asserted herein are DISMISSED. The Clerk shall enter a Judgment and this case is CLOSED.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Orlando L. Garcia.

Date: 10/26/2022

CLERK OF COURT

Wayne Garcia
*Signature of Clerk or Deputy Clerk*